IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL A. SALVAGGI, | : | Civil No. 3:20-cv-1924 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| THE PENNSYLVANIA BOARD OF PROBATION AND PAROLE, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 6th day of December, 2021, upon consideration of Defendants' motion (Doc. 27) to dismiss pursuant to Federal Rule of Civil Procedure 41(b), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 27) is **GRANTED**.

2. The complaint is **DISMISSED**.

3. Defendants' pending motion (Doc. 22) is **DISMISSED** as moot.

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge